IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Nos. 22-189; 22-224; 22-231 |
| ) | |
| DANIEL HURT ) | |

<u>UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS</u>

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and William Guappone, Assistant United States Attorney for said District, submitting as follows:

The United States, through undersigned counsel, has received and reviewed the contents of the Presentence Investigation Report ("PSR") for the above-captioned case. The Government has no objections, requests for modifications, or changes to the PSR.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

<u>/s/ *William Guappone*</u>
WILLIAM GUAPPONE
Assistant United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
William.Guappone2@usdoj.gov
NC ID No. 46075