## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-189, 224, 231 |
| | ) | |
| DANIEL M. HURT | ) | |

## DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS

COMES NOW, the Defendant, Daniel M. Hurt, through his counsel, Colin J. Callahan, to confirm that the defense does not have any positions with respect to sentencing factors that require the Court's attention. Consistent with the Court's operative scheduling order, undersigned counsel will detail Mr. Hurt's positions on sentencing, including positions based upon the parties' stipulations in the plea agreement, in a separate sentencing memorandum. Additionally—as discussed in an earlier filing—undersigned counsel will promptly provide the government and the Court in advance of sentencing a finalized copy of any civil settlement agreements that pertain to the pending criminal cases.

Dated: February 6, 2024

Respectfully Submitted,

*/s/Colin J. Callahan*
Colin J. Callahan, Esquire
P.A. ID No. 328033
707 Grant Street, Suite 1745
Pittsburgh, PA 15219
(412) 339-1336
ccallahan@flannerygeorgalis.com

*Counsel for Defendant Daniel M. Hurt*