**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Nos. 22-189, 22-224, 22-231 |
| DANIEL HURT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 10th day of May, 2024, IT IS HEREBY ORDERED that page 6 of the

Judgment (Crim. No. 22-189, Docket No. 67; Crim. No. 22-224, Docket No. 58; Crim. No. 22-

231, Docket No. 55) is supplemented to provide the following addresses for the payees to whom

Defendant was ordered to pay restitution:

> Centers for Medicare and Medicaid Services
> Centers for Medicare and Medicaid Services
> Division of Accounting Operations
> P.O. Box 7520
> Baltimore, MD 21207-0520
>
> Tricare
> Defense Health Agency
> Resource Management Division
> ATTN: Contract Resource Management (Finance and Accounting)
> 16401 East Centretech Parkway
> Aurora, CO 80011-9043
> DHA TIN: 84-1464956
>
> Champ-VA
> Department of Veterans Affairs
> Health Admin Ctr
> PO Box 469062
> Denver, CO 80246-9062

All other terms and conditions of the Judgment remain the same as previously imposed.

> *s/ W. Scott Hardy*
> W. Scott Hardy
> United States District Judge

1

cc/ecf:  All counsel of record

Clerk of Court, Finance Department