**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Nos. 22-189, 22-224, 22-231 |
| | ) |
| DANIEL HURT | ) |

## ORDER OF COURT

AND NOW, this 5th day of June, 2024, upon consideration of Defendant Daniel Hurt's Motion to Delay Report Date, (Crim. No. 22-189, Docket No. 69; Crim. No. 22-224, Docket No. 60; Crim. No. 22-231, Docket No. 57), wherein he requests that the date he has been ordered to report to FPC Pensacola[1] be extended for reasons stated on the record at the sentencing hearing, IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Defendant's self-surrender date is extended from June 25, 2024 as previously ordered, until August 31, 2024; and,

IT IS FURTHER ORDERED that Defendant shall report to FPC Pensacola on **August 31, 2024 before 2:00 p.m.** for voluntary surrender commitment.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record
         United States Marshal
         United States Probation

---

1  On May 30, 2024, a Notice to Self-Surrender directing Defendant to report to FPC Pensacola on June 25, 2024 was filed on the docket at Criminal No. 22-189. The Notice to Self-Surrender was not filed on the docket in Defendant's related cases at Criminal No. 22-224 or Criminal No. 22-231. Defendant filed his Motion in all three cases, and the Court's Order granting the Motion also is entered in all three cases so that it is clear when Defendant is required to report to FPC Pensacola.